Ellen J. Durkee, Esq., Attorney, Maureen Elizabeth Rudolph, Department of Justice, Washington, DC, for Defendant–Appellee.

### ON MOTION

### ORDER

The Hopi Tribe moves to reinstate this appeal and for the court to accept the joint appendix for filing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The court's August 25, 2014 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The electronic copy of the joint appendix, tendered on August 28, 2014, is accepted for filing.

**HITACHI CONSUMER ELECTRONICS CO., Ltd., and Hitachi Advanced Digital, Inc., Plaintiffs–Appellants,**

v.

**TOP VICTORY ELECTRONICS (TAIWAN) CO., Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., Top Victory Electronics (Fujian) Co. Ltd., TPV Electronics (Fujian) Co. Ltd., and TPV Technology Ltd., Defendants–Appellees.**

No. 2014–1047.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2014.

Deanne E. Maynard, Morrison & Foerster LLP, of Washington, DC, argued for plaintiffs-appellants. With her on the brief were Marc A. Hearron and Jessica E. Palmer; A. Max Olson and David L. Fehrman, of Chiyoda-ku, Tokyo, Japan. Of counsel on the brief were Martin J. Black, Jeffrey B. Plies, Robert W. Ashbrook, Jr., and Vincent A. Gallo, Dechert LLP, of Philadelphia, PA.

Jonathan D. Hacker, O'Melveny & Myers LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Mark A. Samuels and Brian Berliner, of Los Angeles, CA.

DYK, TARANTO, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**